### R. T. SCOTT ET AL. *v.* COMMONWEALTH.

**Appeal—Reversal.**
> Error in a judgment against a sheriff, charging him five per cent. of the taxes due and owing by the tax payers and uncollected by the sheriff, is cause for reversal.

APPEAL FROM FRANKLIN CIRCUIT COURT.

June 4, 1874.

OPINION BY JUDGE PETERS:

The judgment is erroneous in charging the sheriff with five per cent. on the amount of taxes due from him, instead of charging the five per cent. on the taxes due and owing by the taxpayers, and uncollected by the sheriff, as was held by this court in Culton et al. v. Commonwealth, 9 Bush 701.

Wherefore the judgment is reversed and the cause is remanded for further proceedings consistent herewith.

*Scott, for appellant.*

*————, for appellee.*